**No. 10-1461. Miloslav Muller, Petitioner v. New Mexico Livestock Board, et al.**

565 U.S. 822, 132 S. Ct. 110, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5291.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 408 Fed. Appx. 194.